Cause Number:     01-16-00564-CV

Trial Court Cause
Number:     2014-71749

Style:     In re Rescue Concepts, Inc.

Date motion filed[*]:     May 29, 2018

Type of motion:     Motion to Issue Writ of Mandamus

Party filing motion:     Relator, Rescue Concepts Inc.

Document to be filed:     n/a

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐ Granted

       If document is to be filed, document due:

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

The motion is denied without prejudice to Relator's reasserting this complaint, if appropriate, following the resolution of the mandamus proceeding currently pending in the Texas Supreme Court, or to Relator's seeking relief from any order attempting to enforce the June 30, 2016 order compelling the production of attorney e-mails in the interim.

Judge's signature: /s/ Evelyn V. Keyes
       ☐ Acting individually     ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes and Bland.

Date: June 28, 2018